UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff-Respondent, | § § | Civil Action No. 4:21-cv-00583 |
| v. | § § | Criminal Action No. 4:18-cr-00497 |
| Molika Akwo Nweme, | § § | |
| Defendant-Movant. | § § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Movant Molika Nweme's Motion to Vacate, Set Aside, or Correct the Sentence, Civ. Dkt. 1; Crim. Dkt. 109, and Respondent United States' Motion to Dismiss, Civ. Dkt. No. 11; Crim. Dkt. 128. The Court has received from the Magistrate Judge a Memorandum and Recommendation (Civ. Dkt. 13; Crim. Dkt. 133) recommending that that Respondent's motion be GRANTED, and Movant's motion be DENIED. The Court has also received Petitioner's objections (Civ. Dkt. 14; Crim. Dkt._134), which were timely filed.

The Court, after having made a *de novo* determination of the petition and the motion for summary judgment, is of the opinion that the findings and recommendations of the Magistrate Judge are correct. The Petitioner's objections are hereby OVERRULED, and

the findings of the Magistrate Judge should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on October 18, 2022 (Civ. Dkt. 13; Crim. Dkt. 133), which is adopted in its entirety as the opinion of this Court, that Respondent's Motion to Dismiss (Civ. Dkt. No. 11; Crim. Dkt. 128) is GRANTED and Movant's Motion to Vacate or Correct the Sentence (Civ. Dkt. No. 1; Crim. Dkt. 109) is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 6TH day of June, 2023.

Ewing Werlein, Jr.
United States District Judge